UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| DANIEL STEDDUM,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLSTATE FINANCIAL SERVICES, INC., aka ALLSTATE ADJUSTMENT BUREAU,<br><br>        Defendants. | 2:10-CV-00670-PMP-GWF<br><br>**ORDER** |

      Before the Court for consideration is Defendant Allstate Financial Services Inc.'s failure to comply with this Court's Order to Show Cause (Doc. #19). On February 10, 2011, The Honorable George W. Foley, Jr., United States Magistrate Judge, entered a Findings and Recommendation (Doc. #20) recommending that Defendant Allstate Financial Services Inc.'s Answer to Complaint (Doc. #7) should be stricken.

      On December 1, 2010, Defendant Allstate Financial Services Inc. was given up to and including January 1, 2011 (Doc. #16), within which to retain new counsel. On January 13, 2011, Magistrate Foley entered an Order to Show Cause (Doc. #19) why sanctions should not be imposed for the failure to comply with this Court's prior order. As of this date, Defendant has failed to do so and time has since expired.

1       The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

      **IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Report of Findings and Recommendation (Doc. #20) is **Affirmed** and Defendant Allstate Financial Services Inc.'s Answer to Complaint (Doc. #7) is **STRICKEN** and default judgment is entered against Defendant Allstate and in favor of Plaintiff Steddum.

DATED: March 4, 2011.

                              *[signature]*
                          PHILIP M. PRO
                          United States District Judge