UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Steddum<br><br>             Plaintiff(s),<br>     vs.<br><br><br>Allstate Financial Services, Inc.<br><br>             Defendant(s). | Case # 2:10-cv-00670-PMP -GWF<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the ____Original____ Complaint ____May 8, 2010____
(Original, Amended, etc)                    (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants ____Allstate Financial Services, Inc. a/k/a Allstate Adjustment Bureau____

in the above-entitled action is hereby entered.

DATED: ____March 11, 2011____                    LANCE S. WILSON, CLERK

                                                  By: /s/ Molly Morrison
                                                  _____
                                                  Deputy Clerk