1

Jonathan Goldsmith, Esq.
Nevada Bar No. 011805

2

**ROSENFELD & RINATO**

3

9029 South Pecos Road, Suite 2800
Henderson, Nevada 89074

4

5

~in association with~
John D. Barker

6

**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd., Ste. 401

7

Los Angeles, California  90025
*Attorneys for Plaintiff Regina Calhoun*

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

DANIEL STEDDUM,                          CASE NO: 2:10-cv-00670-PMP -GWF

12

             Plaintiff,

13

    v.                                   **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

14

ALLSTATE FINANCIAL SERVCIES, INC. aka
ALLSTATE ADJUSTMENT BUREAU,

15

           Defendant.

16

17

18

       Plaintiff, DANIEL STEDDUM, by and through his attorneys, KROHN & MOSS,

19

LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

20

       DATED this 28 day of March, 2011.

21

22

23

24

25

26

27

28

**KROHN & MOSS, LTD.**
231 S. 3rd Street, Suite 285
Las Vegas, Nevada 89101
(866) 507-4779 FAX: (866) 802-0021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KROHN & MOSS, LTD.**
231 S. 3rd Street, Suite 285
Las Vegas, Nevada 89101
(866) 507-4779 FAX: (866) 802-0021

BY: /s/ Jonathan Goldsmith
Jonathan Goldsmith, Esq.
Nevada Bar No. 011805
Rosenfeld & Rinato
9029 South Pecos Road, Suite 2800
Henderson, Nevada 89074

~in association with~
John D. Barker
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, California  90025
*Attorneys for Plaintiff Regina Calhoun*

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT

Dated:  March 29, 2011.